**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00348-CV**

———————————

**JOHN CANGELOSI, MD, Appellant**

**V.**

**SAGIS PLLC, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-75082**

---

## MEMORANDUM OPINION

Appellant, John Cangelosi, MD, filed an interlocutory appeal from the trial court's May 7, 2024 "Order Denying [Appellant's] Motion to Compel Arbitration and Stay Litigation."[1]  On the motion of appellant, on June 6, 2024, the Court stayed

---

[1]    *See* TEX. CIV. PRAC. REM. CODE ANN. § 51.016.

the underlying trial court proceedings pending the Court's consideration of the interlocutory appeal.

On July 17, 2024, appellant notified the Court that the "parties [had] reached a settlement of the disputes between them" and requested that the Court "put this matter on hold while the parties completed" finalizing the settlement documents. The Court therefore abated the appeal and removed it from the Court's active docket to allow the parties to finalize the necessary settlement documents.

On December 11, 2024, appellant filed a motion to dismiss his interlocutory appeal "following the resolution of the underlying dispute between the parties by settlement." No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellee, Sagis PLLC, is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court reinstates the appeal on the Court's active docket, lifts the stay imposed by the Court's June 6, 2024 order, grants appellant's motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.